[This decision has been published in *Ohio Official Reports* at 91 Ohio St.3d 201.]

SIMPSON, EXR., APPELLEE, *v.* CITY OF NILES POLICE DEPARTMENT ET AL., APPELLANTS.

[Cite as *Simpson v. Niles Police Dept.*, 2001-Ohio-255.]

*Appellate procedure—Final order—Political subdivision tort liability—R.C. 2744.02(C)—Court of appeals' judgment affirmed on authority of Stevens v. Ackman.*

(Nos. 00-580 and 00-807—Submitted February 28, 2001—Decided March 28, 2001.)

APPEAL from and CERTIFIED by the Court of Appeals for Trumbull County, No. 99-T-0036.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Stevens v. Ackman* (2001), 91 Ohio St.3d 182, 743 N.E.2d 901.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Reminger & Reminger Co., L.P.A.,* and *Nick C. Tomino*, for appellants.

_____